FILED _____ LODGED
RECEIVED _____ COPY

FEB 0 9 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert Bosch GmbH, | ) | No. CV-03-0045-PHX-FJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| | ) | |
| TRW Automotive, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The court has before it Plaintiff's Motion to Join TRW
Automotive U.S. LLC as a Defendant (doc. 35) and Defendants'
"Motion for Leave to Supplement the Record Regarding the Parties'
Positions in the Related Michigan Case; Or Alternative Motion to
Strike the Appendix Attached to Plaintiff's Reply Memorandum in
Support of its Motion to Join TAU as a Defendant" (doc. 43).   We
grant both motions.

We first resolve Defendants' motion.   While sur-replies are
generally prohibited, we have considered Defendants' "supplement"
to the record.   We grant Defendants' motion to that extent.

We also grant Plaintiff's motion.   We are in the early stages
of the litigation; the Rule 16 Scheduling Conference will not be
held until late February.   Thus, the deadline for amending



pleadings or adding parties has not yet expired. Furthermore, Plaintiff's claims against TAU arise out of the same transactions as its claims against the other defendants. TAU is a related corporate entity to all other defendants, and has the same corporate officers and the same lawyers. The interests of justice weigh in favor of allowing the amendment.

Furthermore, Defendants have not demonstrated any substantial prejudice. Defendants argue that adding TAU after our decision on Defendants' Motion to Transfer is prejudicial. They argue that had TAU been added before that decision, the motion might have come out differently. However, we specifically considered TAU's contacts, in Arizona and Michigan, in deciding that Motion. Allowing the addition of TAU as a defendant will not result in substantial prejudice.

**IT IS ORDERED, GRANTING** Plaintiff's Motion to Join TRW Automotive U.S. LLC (doc. 35). **IT IS ORDERED, GRANTING** Defendants' Motion to Supplement (doc. 43) to the extent that we have considered Defendants' supplement to the record.

DATED this 4 day of February, 2004.

Frederick J. Martone
United States District Judge

-2-