✓ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 0 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Bosch GmbH, | ) No. CV-03-0045-PHX-FJM |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| TRW Automotive, Inc., et al., | ) |
| Defendants. | ) |

The court has before it Plaintiff's Motion to File a Third Amended Complaint (doc. 60), Defendants ' Motion for Leave to File Their First Amended Answer to the Second Amended Complaint (doc. 62), and the parties' Joint Notice of Non-Opposition to the Parties' Respective Motions for Leave to Amend (doc. 68). We grant the motions because they were timely filed and because the parties have agreed to the motions.

**IT IS ORDERED, GRANTING** Plaintiff's Motion to File a Third Amended Complaint (doc. 60) and **GRANTING** Defendants ' Motion for Leave to File Their First Amended Answer to the Second Amended Complaint (doc. 62).

DATED this 19 day of April, 2004.

_____
Frederick J. Martone
United States District Judge