FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 19 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E DEPUTY

X FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 19 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Robert Bosch GmbH,** a German corporation<br><br>Plaintiff,<br><br>v.<br><br>**TRW Automotive Inc.,** a Delaware corporation,<br><br>**TRW Vehicle Safety Systems Inc.,** a Delaware corporation,<br><br>**and**<br><br>**TRW Automotive U.S. LLC,** a Delaware company,<br><br>Defendants. | No. CIV-03-0045 PHX FJM<br><br>[PROPOSED] ORDER |

The Court having considered Bosch's Expedited Unopposed Motion for Three-Day Extension of Deadline to Respond to Defendants' Motion for Leave to Voluntarily Dismiss its Declaratory Judgment Counterclaims, and good cause appearing therefor, the motion is granted. Bosch shall file and serve its response to Defendants' Motion for

Leave to Voluntarily Dismiss its Declaratory Judgment Counterclaims on or before Friday, May 21, 2004.

Dated this 17 day of May, 2004.

*Susan R. Bolton*
for Honorable Frederick J. Martone
United States District Judge

**ORIGINAL AND ONE COPY hand-delivered**
this 13th day of May, 2004 to:

Clerk of the Court
United States District Court
District of Arizona
401 West Washington
Phoenix, AZ  85003

Copy of the foregoing hand-delivered this
13th day of May, 2004, to:

Paul J. Mooney
FENNEMORE CRAIG, P.C.
3003 North Central Avenue, Suite 2600
Phoenix, Arizona  85012-2913

Copy of the foregoing sent via overnight delivery
this 13th day of May, 2004 to:

Jesse J. Jenner
FISH & NEAVE
1251 Avenue of the Americas
New York, New York  10020

_[signature]_