```
                                    X  FILED        LODGED
                                    ___ RECEIVED    ___

                                         JUN 22 2004

                                    CLERK U S DISTRICT...
                                    DISTRICT OF ARIZONA
                                    BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert Bosch GmbH, | ) | No. CV-03-0045-PHX-FJM |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| TRW Automotive, Inc., et al., | ) | |
| Defendants. | ) | |

The court has before it Defendants' Motion for Leave to Voluntarily Dismiss its [sic] Declaratory Judgment Counterclaims (doc. 88), Plaintiff's Response (doc. 96) and Defendants' Reply (doc. 99).

We do not believe Defendants are entitled to dismiss compulsory counterclaims without prejudice. If they do not litigate their compulsory counterclaims here, they cannot litigate them anywhere. Therefore, Defendants must choose whether to prosecute their counterclaims here or dismiss them with prejudice.

**IT IS ORDERED DENYING** Defendants' Motion for Leave to Voluntarily Dismiss its [sic] Declaratory Judgment Counterclaims (doc. 88). This is without prejudice to Defendants' right to promptly file a new motion for dismissal with prejudice.



1
2
3    DATED this 18 day of June, 2004.

_____
Frederick J. Martone
United States District Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28