FILED ___ LODGED
RECEIVED ___ COPY

SEP 2 1 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT BOSCH GMBH, | No. CV-03-45-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| TRW AUTOMOTIVE INC., et al., | |
| Defendants. | |

The court has before it a series of motions in this case. We now rule.

The court has before it Bosch's motion to compel (doc. 113) and request for accelerated schedule (doc. 115). These matters are mooted by this court's order of July 16, 2004 which ordered the defendants to produce any opinions of counsel on which they intended to rely by July 16, 2004. Accordingly, Bosch's motion to compel (doc. 113) and request for expedited consideration (doc. 115) are DENIED on grounds of mootness.

The court has before it TRW's motion to defer willfulness discovery until after final supplementation of expert reports (doc. 117). IT IS ORDERED DENYING this motion (doc. 117).

The court has before it the joint motion for entry of revised form of protective order (doc. 130). This is pursuant to this court's order of July 8, 2004. The joint motion is GRANTED (doc. 130), and the proposed form of protective order is signed on September 16, 2004.



The court has before it TRW's motion to compel re: production of documents in the form maintained by Bosch (doc. 136), plaintiff's response, and TRW's reply. IT IS ORDERED DENYING this motion (doc. 136).

The court has before it TRW's motion to compel re: translated German documents (doc. 138), Bosch's response, and TRW's reply. IT IS ORDERED DENYING this motion (doc. 138).

The court has before it TRW's motion for expedited consideration of the two prior motions to compel (doc. 140). IT IS ORDERED DENYING this motion (doc. 140).

The court has before it Bosch's request for expedited consideration of Bosch's motion to amend scheduling order (doc. 143). Also before the court is Bosch's notice of withdrawal of its motion to amend the scheduling order. ACCORDINGLY, IT IS ORDERED DENYING Bosch's request for expedited consideration on grounds of mootness (doc. 143).

The court has before it TRW's *ex parte* expedited request for accelerated briefing schedule and expedited consideration of its motion to compel Bosch to produce financial information (doc. 147). IT IS ORDERED DENYING this motion (doc. 147).

The court before it TRW's motion to compel Bosch to produce financial information (doc.153), Bosch's response, and TRW's reply. Bosch says it has produced the documents. TRW says that it has not. IT IS ORDERED GRANTING TRW's motion to compel (doc. 153). Thus, if the documents have been produced, it is moot. If they have not been produced, they must be produced. The parties are advised to keep track of the production of documents so that at the trial of this matter there will be an evidentiary basis in support of any motion to exclude documents for untimely disclosure.

The court has before it TRW's motion to file confidential financial information under seal (doc. 148). IT IS ORDERED DENYING this motion on grounds of mootness (doc. 148).

The court has before it Bosch's motion to compel TRW's production of airbag ECU and system component sales and financial information (doc. 158), defendants' response, and

1 | Bosch's reply. Once again, the parties are in disagreement over what has been produced. IT
2 | IS ORDERED GRANTING the motion (doc. 158). Thus, if the documents have been
3 | produced, the matter is moot. If they have not been produced, they should be produced. The
4 | parties are again encouraged to keep evidence in support of any motion to exclude documents
5 | at trial based upon untimely production.

6 | The court has before it Bosch's expedited request for accelerated briefing schedule and
7 | consideration of its motion to compel (doc. 160). IT IS ORDERED DENYING the motion
8 | (doc. 160).

9 | The court has before it TRW's motion to withdraw its motion for protective order
10 | (doc. 161). IT IS ORDERED GRANTING this motion (doc. 161). Therefore, TRW's
11 | motion for protective order (doc. 144) is hereby deemed withdrawn.

12 | The court has before Bosch's motion for leave to file surreply (doc. 168), and
13 | defendants' response. This motion is DENIED (doc. 168).

14 | A review of all of these motions, responses, and replies indicates that there is a
15 | profound lack of professionalism in the processing of this case. The accusations and counter-
16 | accusations are not worthy of lawyers admitted to the bar. Lawyers have a professional
17 | obligation to cooperate with each other in case processing. The system cannot work without
18 | cooperation. When lawyers behave this way, they sell the only currency they have: their
19 | reputation. No client is worth that.

20 | DATED this 16th day of September, 2004.

_____
Frederick J. Martone
United States District Judge