IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Bosch GmbH, a German corporation, Plaintiff, v. TRW Automotive Inc., a Delaware corporation, TRW Vehicle Safety Systems Inc., a Delaware corporation, and TRW Automotive U.S. LLC, a Delaware corporation, Defendants. | No. CIV-03-0045-PHX-FJM [PROPOSED] ORDER GRANTING TAU'S MOTION TO FILE UNDER SEAL ITS MOTION FOR SUMMARY JUDGMENT TO ELIMINATE 3 OF THE 4 PATENTS-IN-SUIT AND ACCOMPANYING PAPERS |

The Court, having considered TAU's Motion To File Under Seal Its Motion For Summary Judgment To Eliminate 3 Of The 4 Patents-In-Suit And Accompanying Papers, and good cause appearing; *no objection having been received,*

IT IS HEREBY ORDERED that TAU's motion is granted. The Clerk shall permit TAU to file under seal its Motion For Summary Judgment To Eliminate 3



1  Of The 4 Patents-In-Suit and accompanying papers that have been designated as
2  confidential or highly confidential.
3      DATED: *Sept 28 2004.*
4
5                                  */s/ Frederick J. Martone*
6                                  Hon. Frederick J. Martone
                                United States District Court

## CERTIFICATE OF SERVICE

I, Paul J. Mooney, hereby certify that a copy of [Proposed] Order Granting TAU's Motion To File Its Motion For Partial Summary Judgment To Eliminate 3 Of The 4 Patents-In-Suit And Exhibits Under Seal was caused to be served this date upon the following in the manner indicated:

Via Federal Express:        Thomas W. Winland
                            Lionel M. Lavenue
                            FINNEGAN, HENDERSON, FARABOW,
                              GARRETT & DUNNER, L.L.P.
                            1300 I Street, N.W.
                            Washington, D.C. 20005-3315

                            Attorneys for Plaintiff

Via hand delivery:          Barry R. Sanders (#010105)
                            ALLEN, PRICE & PADDEN, PC
                            3131 East Camelback Road, Suite 110
                            Phoenix, Arizona 85015-4597

                            Co-Counsel for Plaintiff

DATED this **20**th day of September, 2004.

By _____
Paul J. Mooney
Attorneys for Defendants

PHX/KBONNER/1573281.1/99501.023