FILED ___ LODGED
RECEIVED ___ COPY
DEC 0 8 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

___ FILED ✓ LODGED
___ RECEIVED ___ COPY
DEC - 6 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ B DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Robert Bosch GmbH,**<br>a German corporation<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**TRW Automotive Inc.,**<br>a Delaware corporation;<br><br>**TRW Vehicle Safety Systems Inc.,**<br>a Delaware corporation;<br><br>and<br><br>**TRW Automotive U.S. LLC,**<br>a Delaware corporation,<br><br>　　　　　　　　Defendants. | No. CIV 03-0045 PHX FJM<br><br>~~[PROPOSED]~~ ORDER |

Pursuant to the parties' Stipulation of Dismissal with Prejudice, and good cause appearing therefore,

IT IS ORDERED that the action and all claims against defendants, TRW Automotive Inc., TRW Automotive U.S. LLC, and TRW Vehicle Safety Systems Inc., are hereby dismissed with prejudice and the action and all counterclaims against plaintiff, Robert Bosch GmbH, are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 6 of Dec , 2004.

Honorable Frederick J. Martone
United States District Judge